UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YURISBEY DIAZ,<br><br>*Petitioner*,<br><br>v.<br><br>WARDEN OF EL PASO EAST MONTANA FACILITY; KRISTI NOEM, IN THEIR OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; US ATTORNEY GENERAL PAMELA BONDI, IN THEIR OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; TODD LYONS, IN THEIR OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; and MARY DE ANDA-YBARRA, IN THEIR OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Respondents*. | No. 3:26-CV-00225-LS |

## ORDER FOR SERVICE

Petitioner Yurisbey Diaz challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **February 19, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 30, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**