# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **YURISBEY DIAZ,** <br><br> ***Petitioner*,** <br><br> **v.** <br><br> **KRISTI NOEM, IN THEIR OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, IN THEIR OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; TODD LYONS, IN THEIR OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, IN THEIR OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN OF THE EL PASO EAST MONTANA FACILITY,** <br><br> ***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00225-LS** |

**ORDER FOR UPDATED STATUS**

The government argues in its response that Petitioner resisted its attempts to remove him to Mexico,[1] but omits any description of its attempts to first remove Petitioner to his native Cuba. The government shall file on or before **November 9, 2026,** a response explaining whether it has undertaken any efforts in this regard, and if such efforts were futile, describe any other attempts to

[1] ECF No. 5-1 at 3.

remove Petitioner to a third country, along with Petitioner's cooperation or noncooperation with same.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**